IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

OLEN JAMES HICKS                                                                    PLAINTIFF

            v.                       CIVIL NO. 2:18-CV-2206

ANDREW M. SAUL, [1] Commissioner,
Social Security Administration                                                      DEFENDANT

## JUDGMENT

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 12th day of March 2020.

> /s/ *Erin L. Wiedemann*
> HON. ERIN L. WIEDEMANN
> UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew M. Saul, has been appointed to serve as Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.